**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| **ETA TIKOTZKY, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff**<br><br>-against-<br><br>**CENTURY 21 PLAZA,**<br><br>**Defendant** | C.A. No.: 2:19-cv-06968-JWH-JC<br><br><br>**<u>NOTICE OF SETTLEMENT</u>** |

Plaintiff hereby provides notice to the Court that the parties have reached an agreement in principle to settle all of Plaintiff's claims against Defendant in this action.  Counsel for the parties is in the process of finalizing the settlement agreement. The Plaintiff intends on filing the Stipulation of Dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the

1 class members once the settlement is finalized. Plaintiff anticipates filing the
2 dismissal papers within the next sixty (60) days.

Dated:    March 31, 2021                MARCUS & ZELMAN, LLC

                                        By:   /s/ Yitzchak Zelman
                                              Yitzchak Zelman, Esq.