Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| ETA TIKOTZKY, individually and on behalf of all others similarly situated, <br><br> **Plaintiff** <br><br> -against- <br><br> **CENTURY 21 PLAZA** *a California Corporation*, <br><br> **Defendant** | C.A. No.: 2:19-cv-06968-JWH-JC <br><br> **STIPULATION OF DISMISSAL** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant in the above-captioned matter, with prejudice as to the named Plaintiff's claims and without prejudice as to the claims of the putative class members.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:      May 6, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:   (732) 695-3282
yzelman@marcuszelman.com
*Attorneys for Plaintiff*
*Eta Tikotzky*

/s/ Rick J. Nehora
Rick J. Nehora, Esq.
Nehora Law Firm APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Office: (949) 629-4349
rnehora@nehoralaw.com
*Attorneys for Defendant*
*Century 21 Plaza*