Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| ETA TIKOTZKY, individually and on behalf of all others similarly situated,<br><br>**Plaintiff**<br><br>-against-<br><br>**CENTURY 21 PLAZA**<br>*a California Corporation*,<br><br>**Defendant** | C.A. No.: 2:19-cv-06968-JWH-JC<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 6, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No: **2:19-cv-069-68-JWH-JC**, are dismissed with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the putative class members; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____, 2021.**

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE